Exhibit "1"

